UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- X

    UNITED STATES OF AMERICA

                       - v -

    JOHN  MORENO

                            Defendant

-------------------------------------------------- X

FILED FEB 2 1 2017 — S.D. OF N.Y.

DOC #_____

ORDER APPOINTING COUNSEL
(Federal Defenders of New York, Inc.)

Docket # 17 MAG 1209

Because the above name defendant has testified under oath or otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interest of justice so require, the FEDERAL DEFENDERS OF NEW YORK, INC. is hereby appointed to represent the defendant in the above designated case for the following purpose:

Check one)    ✓    all proceedings

                  _____    bail/presentiment only

                  _____    other (specify)    MARTIN COHEN

    If the case proceeds to the U.S. District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Date   2/21/17

s/ DEBRA FREEMAN

Signature of U.S. Judge or Magistrate Judge
/ or by order of the Court:

Clerk or Deputy

TO:   **CLERK OF COURT**
      **United States District Court**
      **Southern District of New York**

      Federal Defenders of New York, Inc.
      52 Duane Street, 10th Floor
      New York, New York  10007

Copy 1 – Retain in Magistrate Judge File
Copy 2 – To Federal Defenders of New York, Inc.
Copy 3 – To U.S.D.C. Clerks Office ( Attn: C.J.A. Clerk)