# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 22, 2017

**BY FACSIMILE**

Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:     <u>United States v. John Moreno</u>
        17 Mj. 01209 (UA)

Honorable Judge Freeman:

**DOC #___ ____**

I write, on consent of Assistant United States Attorney Justin Rodriguez, to respectfully request that the Court modify Mr. Moreno's bail conditions to allow him to travel to the District of Connecticut.

On February 22, 2017, Your Honor imposed the following conditions for release: a $10,000 bond cosigned by one financially responsible person, supervision by Pretrial services, surrender of travel documents with no new applications, and travel restricted to the Southern and Eastern Districts of New York. Mr. Moreno was released on February 22 on his own signature, with the second cosigner to sign within a week.

I request that the Court modify Mr. Moreno's travel restrictions to allow travel to the District of Connecticut, where his son resides. The government consents to this request and Pretrial Services does not object to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Martin S. Cohen
Assistant Federal Defender

SO ORDERED: 2/22/17

HONORABLE DEBRA FREEMAN
United States Magistrate Judge

cc:     AUSA Justin Rodriguez and PTSO Mildred Santana, by email



# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
John J Byrnes
Attorney-in-Charge

### FAX COVER SHEET

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION FROM THE FEDERAL DEFENDERS OF NEW YORK, INC. WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TELECOPIED INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. RECEIPT BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGE.

| | |
|---|---|
| **FAX TO:** | Magistrate Clerk's Office |
| **FAX NUMBER:** | 212 805 4060 |
| **DATE SENT:** | 02/22/17 |
| **SENDER:** | Megan Hauptman for Martin Cohen, Esq. |
| **NO. OF PAGES:** | 2.00   (including this cover sheet) |
| **COMMENTS:** | Request for bail modification in case 17 Mj. 1209. Please call with any questions. Thank you. |

If problems with this transmission occur, please call (212) 417-8700

Fax No: (212) 571-0392